IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   18-cv-02076-WYD-SKC

PEATINNA BIGGS,

        Plaintiff,

v.

THE COUNTY OF SEDGWICK,
SEDGWICK COUNTY SHERIFF'S DEPARTMENT,
FORMER SHERIFF THOMAS HANNA, and
LARRY NEUGEBAUER, in their individual and official capacity,

        Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

        Plaintiff filed a First Amended Complaint on October 20, 2018.  (ECF No. 16).
Therefore, Defendant County of Sedgwick's (who Defendant claims should have been
designated as the Board of County Commissioners of the County of Sedgwick) Motion to
Dismiss (ECF No. 14), filed on October 4, 2018, is **DENIED AS MOOT**.  *See Gotfredson
v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006) (observing that an amended
pleading supersedes the pleading it modifies, thereby mooting any motions to dismiss
directed at the inoperative pleading); *Strich v. U.S.*, 2010 WL 148269, at *1 (D. Colo. Jan.
11, 2010) ("The filing of an amended complaint moots a motion to dismiss directed at the
complaint that is supplanted and superseded.").

        Dated: October 22, 2018.