NOTICE OF CLAIM

PEATINNA BIGGS v. THE COUNTY OF SEDGWICK and SHERIFF THOMAS HANNA

TO:

**Christy M Beckman, Chief Clerk**
**315 Cedar St., Suite 220**
**Julesburg, Colorado 80737**
**(970) 474-3346**
**Fax: (970) 474-0954**

**Sedgwick County Sheriff's Department**
**Attn: Interim Sheriff**
**315 Cedar Street**
**Julesburg, Colorado 80737**
**Phone: (970) 474-3355**
**Or 1-888-344-3355**
**Fax: (970) 474-2749**

Claimant: Peatinna Biggs

Address: c/o Fisher & Byrialsen PLLC[1]
4600 S. Syracuse Street, 9th Floor
Denver, Colorado 80237
T: (303)256-6345
F: (720)302-0656
E: Kaitlin@FBLaw.org

    Pursuant to Colo. Rev. Stat. § 24-10-109(1) the law firm of Fisher & Byrialsen, PLLC asserts, based on information and belief and knowledge of the facts contained therein, on behalf of Claimant Peatinna Biggs, the following:

1. This is an action brought by Peatinna Biggs, a resident of Logan County, pursuant to 42 U.S.C. §§ 1983, 1985, 1986 and 1988 and the Fourth, Fifth, Eighth and Fourteenth Amendments to the United States Constitution, and the Colorado State Constitution for relief through compensatory damages and attorney's fees to vindicate profound

---

[1] Direct all correspondence related to this matter to the Law Firm of Fisher & Byrialsen PLLC.

**Exhibit A**

deprivations of his constitutional rights caused by false imprisonment, excessive and unlawful sexual assault, cruel and unusual punishment, intentional infliction of emotional distress, and violation of her due process rights, and the conspiracy to deprive her of her constitutionally protected rights.

2. On or around August 10, 2016, Claimant was incarcerated in the Sedgwick County Jail located at 315 Cedar St., Julesburg, CO 80737.

3. On or around August 10, 2016, Sheriff Thomas Hanna came to the Sheriff's Department also located at 315 Cedar St., Julesburg, CO 80737, with his personal vehicle.

4. That day, Sheriff Thomas Hanna told Sedgwick Deputy Larry Neugebauer that he was going to take Ms. Biggs into Logan County Jail.

5. Sedgwick Deputy Neugebauer asked Sheriff Thomas Hanna if he was going to transport Claimant in his personal truck and Sheriff Thomas Hanna said, "yes." Sheriff Thomas Hanna stated in sum and substance that he really did not want to put her in his vehicle, but he was going to Denver after that, so he would just drop her off.

6. Sheriff Thomas Hanna went to the cell where Claimant was held and told her to put on street clothes which he handed her to change into.

7. Sedgwick Deputy Neugebauer was driving toward the Sedgwick County Combined Court, also located at 315 Cedar St., Julesburg, CO 80737, near and around 12:17 p.m. At this time Deputy Neugebauer saw Sheriff Thomas Hanna and Claimant outside of the Court. Claimant was handcuffed in the front.

2

8. Shortly thereafter Sheriff Thomas Hanna transported Claimant to his home in his personal vehicle. Sherif Hanna placed Claimant in the front passenger seat and removed her handcuff.

9. Sheriff Thomas Hanna's decision to transport Claimant in his personal vehicle is in violation of the Sheriff Department's policy and procedure.

10. Upon arriving to his home, Sheriff Thomas Hanna directed Claimant inside his personal residence. Claimant remained unhandcuffed. Inside the house, Sheriff Thomas Hanna offered Claimant $60.00 to have sex with him, which Claimant refused. Sheriff Thomas Hanna had a gun visible in his holster. After she refused his offer of $60 for sex, Sheriff Hanna told Claimant to take off all of her clothes. Claimant, in fear of her life, complied. She stood naked in Sheriff Hanna's house as he digitally penetrated her without her consent. Sheriff Thomas Hanna had taken off his pants and underwear and sat on the couch as he digitally penetrated Claimant. Sheriff Thomas Hanna's gun was visible on the coffee table. Claimant remained in fear of her life.

11. Sheriff Thomas Hanna told Claimant that if she told anyone about what he had done she would spend the rest of her life in prison.

12. Some time after speaking with Sheriff Hanna regarding the transport of Claimant, Deputy Neugebauer went to his house for his lunch break. On his way home, he saw Sheriff Thomas Hanna's pickup truck parked at his house. Deputy Neugebauer did not see anyone in the pickup truck. Sheriff Thomas Hanna's patrol vehicle was also at the house.

13. Approximately 20 to 30 minutes later, Deputy Neugebauer again drove past Sheriff Thomas Hanna's residence on his way back to the station from lunch. Sheriff Hanna's

truck and patrol car were still parked in the front of the house. Deputy Neugebauer again did not see anyone in the pickup truck or the patrol car.

14. After sexuall assaulting the Claimant, Sheriff Thomas Hanna handcuffed her and put her back into his personal vehicle.

15. On or around August 10, 2016, at approximately 12:51 p.m. Sheriff Hanna logged on with Dispatch and indicated that he was taking Claimant to Logan County.

16. On or around August 10, 2016, Sheriff Thomas Hanna put $20.00 into Claimant's commissary account without Claimant's request.

17. Claimant is mentally disabled.

18. On August 24, 2016, Sheriff Thomas Hanna was arrested and charged with Sexual Assault on an At Risk Adult, 18-6.5-103(7)(a), Sexual Conduct in a Correctional Institute, 18-7-701, First Degree Official Misconduct, 18-8-404(a)(a), and Soliciting Prostitution, 18-7-202(1)(a) by the 13th Judicial District Attorney's Office filed in Logan County under docket number 2016CR207. *See* Exhibit A, Affidavit for Warrantless Arrest.

19. As a result of the County of Sedgwick and Sheriff Thomas Hanna's unlawful, unconstitutional, and wrongful conduct, Claimant suffered from general and specific damages from violation of constitutionally protected rights, loss of freedom and emotional distress including but not limited to stress, anxiety, humiliation, and embarrassment. Claimant seeks compensatory damages in the amount of $1,000,000.00, punitive damages and attorney's fees.

truck and patrol car were still parked in the front of the house. Deputy Neugebauer again did not see anyone in the pickup truck or the patrol car.

14. After sexuall assaulting the Claimant, Sheriff Thomas Hanna handcuffed her and put her back into his personal vehicle.

15. On or around August 10, 2016, at approximately 12:51 p.m. Sheriff Hanna logged on with Dispatch and indicated that he was taking Claimant to Logan County.

16. On or around August 10, 2016, Sheriff Thomas Hanna put $20.00 into Claimant's commissary account without Claimant's request.

17. Claimant is mentally disabled.

18. On August 24, 2016, Sheriff Thomas Hanna was arrested and charged with Sexual Assault on an At Risk Adult, 18-6.5-103(7)(a), Sexual Conduct in a Correctional Institute, 18-7-701, First Degree Official Misconduct, 18-8-404(a)(a), and Soliciting Prostitution, 18-7-202(1)(a) by the 13th Judicial District Attorney's Office filed in Logan County under docket number 2016CR207. *See* Exhibit A, Affidavit for Warrantless Arrest.

19. As a result of the County of Sedgwick and Sheriff Thomas Hanna's unlawful, unconstitutional, and wrongful conduct, Claimant suffered from general and specific damages from violation of constitutionally protected rights, loss of freedom and emotional distress including but not limited to stress, anxiety, humiliation, and embarrassment. Claimant seeks compensatory damages in the amount of $1,000,000.00, punitive damages and attorney's fees.

Date: November 11, 2016
Denver, Colorado

/s/ Kaitlin F. Nares
Kaitlin F. Nares Esq.(#48419)
Fisher & Byrialsen PLLC
4600 S. Syracuse Street, 9th Floor
Denver, Colorado 80237
T: (303) 256-6345
F: (720) 302-0656
E: Kaitlin@fblaw.org

6