

Joseph G. Joyner, Ed.D.
Superintendent of Schools

DATE FILED: May 8, 2018
CASE NUMBER: 2016CR207

40 Orange Street
St. Augustine, Florida 32084
(904) 547-7500
www.stjohns.k12.fl.us

**School Board**

Beverly Slough
*District 1*

Tommy Allen
*District 2*

Bill Mignon
*District 3*

Kelly Barrera
*District 4*

Patrick Canan
*District 5*

August 29, 2016

To Whom It May Concern:

**Re: Biggs, Peatina**
**Date of Birth:** ▮▮▮▮▮▮

I hereby certify that the attached records for Peatina Biggs are true and correct copies of the originals on file with the St. Johns County School District, in St. Augustine, Florida.

Sincerely,

*Rebecca S. Cosgrove*

Rebecca S. Cosgrove
Records Analyst
Student Records

Sworn To And Subscribed Before Me

This 29th day of August, A. D., 2016

*Annette T. Wohlford*
Notary Public

Print, Type or Stamp Commissioned Name of

ANNETTE T. WOHLFORD
Notary Public - State of Florida
Commission # FF 954017
My Comm. Expires Apr 20, 2020
Bonded through National Notary Assn.

Notary _____

PEOPLE'S EXHIBIT 44

*The St. Johns County School District will inspire good character and a passion for lifelong learning in all students, creating educated and caring contributors to the world.*

| To - District: 55 | St Johns County School District | School: 181 | | |
|---|---|---|---|---|
| Grade Level: 12 | Prepared Date: 8/29/2016 | Current District: 55 | ST. JOHNS | Page: 1 of 10 |
| FL Student ID: 232135543X | SSN: ▮▮▮ | Current School: 0181 | St. Augustine High School | |

| LEGAL NAME: | Biggs, Peatina | School Phone: | (904) 547-8530 |
|---|---|---|---|

| Mailing Address: | Po Box 860023 Saint Augustine, FL 32084 | | 3205 Varella Ave. Saint Augustine, FL 32084 | |
|---|---|---|---|---|
| District Student ID: 209377 | FL Student ID - Alias: 5500005535 | | | |
| Parent/Guardian (Name/Code): | | | Old Racial/Ethnic Code: W | Sex: F |
| Unknown Knaggs. Peggy | Father | | Birth Date: ▮▮▮ | Birth Verification: 1 |
| Unknown Knaggs, Joe | Mother | | Birthplace: Greenbrie WV US | |
| | | | Multi-Birth: | |
| Ethnicity: Non-Hispanic | Race Codes: White | | | |

911 Medical Alert: N

Immunization Status: DH 680, Part B – Temporary – Temporary medical exemption requiring follow-up

Vaccine Status, Date            Vaccine Certification Expiration Date:    10/01/1994

| Type | Dose Date | Dose Date | Dose Date | Dose Date | Dose Date |
|---|---|---|---|---|---|
| | | | | | |

| To - District: 55 | St Johns County School District | School: 181 | | |
|---|---|---|---|---|
| Grade Level: 12 | Prepared Date: 8/29/2016 | Current District: 55 | ST. JOHNS | Page: 2 of 10 |
| FL Student ID: 232135543X | SSN: | Current School: 0181 | St. Augustine High School | |
| LEGAL NAME: | Biggs, Peatina | School Phone: | (904) 547-8530 | |

### COURSE INFORMATION

District: 55  School: 0201  Webster School
Year: 1988 - 1989  Grade Level: 05

| T | Course # | Course Title | Subj Area | Crs Flag | G R | A C | O N | Credit Att./Earn |
|---|---|---|---|---|---|---|---|---|
| 3 | 5001000 | E/S Art | EL | | S | | | 0.00 0.00 |
| 3 | 5013000 | E/S Music-General | EL | | S | | | 0.00 0.00 |
| 3 | 5015010 | E/S Physical Education | EL | | S | | | 0.00 0.00 |
| 3 | 7710010 | E/S Language Arts: K-5 | EX | | B | | | 0.00 0.00 |
| 3 | 7710020 | E/S Reading: K-5 | EX | | A | | | 0.00 0.00 |
| 3 | 7712010 | E/S Math K-5 | EX | | B | | | 0.00 0.00 |
| 3 | 7720010 | E/S Science: K-5 | EX | | B | | | 0.00 0.00 |
| 3 | 7721010 | E/S Social Studies: K-5 | EX | | A | | | 0.00 0.00 |
| | | | | | | | **Credit:** | 0.00 0.00 |

|  | GPA | QTY PTS |  | GPA | QTY PTS |
|---|---|---|---|---|---|
| District-Term: | 0.0000 | 0.00 | Cum: | 0.0000 | 0.00 |
| State-Term: | 0.0000 | 0.00 | Cum: | 0.0000 | 0.00 |

Annual Days-Present: 0   Absent: 0
Summer Term Days-Present: 0   Absent: 0

### COURSE INFORMATION

District: 55  School: 0091  Ketterlinus Elementary School
Year: 1990 - 1991  Grade Level: 08

| T | Course # | Course Title | Subj Area | Crs Flag | G R | A C | O N | Credit Att./Earn |
|---|---|---|---|---|---|---|---|---|
| 3 | 8209010 | Keyboard Doc Proc | VO | | D | | | 1.00 1.00 |
| | | | | | | | **Credit:** | 1.00 1.00 |

|  | GPA | QTY PTS |  | GPA | QTY PTS |
|---|---|---|---|---|---|
| District-Term: | 0.0000 | 0.00 | Cum: | 0.0000 | 0.00 |
| State-Term: | 0.0000 | 0.00 | Cum: | 0.0000 | 0.00 |

Annual Days-Present: 0   Absent: 0
Summer Term Days-Present: 0   Absent: 0
Not enrolled in a KG-12 program in the district at the end of the school year.

To - District: 55  St Johns County School District  School: 181
Grade Level: 12  Prepared Date: 8/29/2016  Current District: 55  ST. JOHNS  Page: 3 of 10
FL Student ID: 232135543X  SSN: ███  Current School: 0181  St. Augustine High School

LEGAL NAME: Biggs, Peatina  School Phone: (904) 547-8530

## COURSE INFORMATION

District: 55  School: 0181  St. Augustine High School
Year: 1991 - 1992  Grade Level: 09

| T | Course # | Course Title | Subj Area | Crs Flag | GR | AC | ON | Credit Att. | Credit Earn |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 1503350 | Team Sports 1 | EL | | C | | | 0.50 | 0.50 |
| 3 | 1503360 | Team Sports 2 | EL | | C | | | 0.50 | 0.50 |
| 3 | 7910390 | Life Sk Comm: 9-12 | EX | | B | | | 0.50 | 0.50 |
| 3 | 7910390 | Life Sk Comm: 9-12 | EX | | B | | | 0.50 | 0.50 |
| 3 | 7912340 | Life Sk Math: 9-12 | EX | | B | | | 0.50 | 0.50 |
| 3 | 7912340 | Life Sk Math: 9-12 | EX | | B | | | 0.50 | 0.50 |
| 3 | 7980030 | Job Prep Education | EX | | B | | | 0.50 | 0.50 |
| 3 | 7980030 | Job Prep Education | EX | | B | | | 0.50 | 0.50 |
| 3 | 7980130 | Career Placement | EX | | B | | | 0.50 | 0.50 |
| 3 | 7980130 | Career Placement | EX | | B | | | 0.50 | 0.50 |
| 3 | 8600710 | Construction Tech 1 | VO | | C | | | 0.50 | 0.50 |
| 3 | 8600710 | Construction Tech 1 | VO | | C | | | 0.50 | 0.50 |
| | | | | | | | Credit: | 6.00 | 6.00 |

| | GPA | QTY PTS | | GPA | QTY PTS |
|---|---|---|---|---|---|
| District-Term: | 2.7647 | 23.50 | Cum: | 2.6316 | 25.00 |
| State-Term: | 2.7647 | 23.50 | Cum: | 2.5789 | 24.50 |

Annual Days-Present: 0  Absent: 0
Summer Term Days-Present: 0  Absent: 0

## COURSE INFORMATION

District: 55  School: 0181  St. Augustine High School
Year: 1992 - 1993  Grade Level: 10

| T | Course # | Course Title | Subj Area | Crs Flag | GR | AC | ON | Credit Att. | Credit Earn |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 0101330 | Three-Dimensional Studio Art | EL | | A | | | 0.50 | 0.50 |
| 3 | 1900300 | Drivers Ed Class | EL | | D | | | 0.50 | 0.50 |
| 3 | 7910120 | Fundamental English 2 | EX | | B | | | 0.50 | 0.50 |
| 3 | 7910120 | Fundamental English 2 | EX | | C | | | 0.50 | 0.50 |
| 3 | 7921010 | Soc Studies: 9-12 | EX | | C | | | 0.50 | 0.50 |
| 3 | 7921010 | Soc Studies: 9-12 | EX | | C | | | 0.50 | 0.50 |
| 3 | 8121510 | Introduction to Horticulture | VO | | C | | | 0.50 | 0.50 |
| 3 | 8121520 | Hort Science & Services 3 | VO | | C | | | 0.50 | 0.50 |
| 3 | 8209220 | Office Procedures | VO | | A | | | 1.00 | 1.00 |
| 3 | 8739010 | Printing 1 | VO | | D | | | 0.50 | 0.50 |
| 3 | 8739020 | Printing 2 | VO | | D | | | 0.50 | 0.50 |
| 3 | 8739030 | Printing 3 | VO | | D | | | 0.50 | 0.50 |
| | | | | | | | Credit: | 6.50 | 6.50 |

| | GPA | QTY PTS | | GPA | QTY PTS |
|---|---|---|---|---|---|
| District-Term: | 2.3333 | 17.50 | Cum: | 2.5000 | 42.50 |
| State-Term: | 2.3333 | 17.50 | Cum: | 2.4706 | 42.00 |

Annual Days-Present: 0  Absent: 0
Summer Term Days-Present: 0  Absent: 0
Not enrolled in a KG-12 program in the district at the end of the school year.

| To - District: 55 | St Johns County School District | School: 181 | | |
|---|---|---|---|---|
| Grade Level: 12 | Prepared Date: 8/29/2016 | Current District: 55 | ST. JOHNS | Page: 4 of 10 |
| FL Student ID: 232135543X | SSN: ████ | Current School: 0181 | St. Augustine High School | |
| LEGAL NAME: | Biggs, Peatina | | School Phone: (904) 547-8530 | |

### COURSE INFORMATION

District: 55   School: 0181   St. Augustine High School
Year: 1993 - 1994   Grade Level: 11

| T | Course # | Course Title | Subj Area | Crs Flag | G R | A C | O N | Credit Att. | Credit Earn |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 0101330 | Three-Dimensional Studio Art | EL | | A | | | 0.50 | 0.50 |
| 3 | 8200320 | Keyboarding & Business Skills | VO | | B | | | 0.50 | 0.50 |
| 3 | 8500310 | Child Development | VO | | C | | | 0.50 | 0.50 |
| 3 | 8500320 | Clo & Tex | VO | | B | | | 0.50 | 0.50 |
| 3 | 8503010 | Child Care Aide 1 | VO | | A | | | 0.50 | 0.50 |
| | | | | | | | Credit: | 2.50 | 2.50 |

| | GPA | QTY PTS | | GPA | QTY PTS |
|---|---|---|---|---|---|
| District-Term: | 2.6667 | 20.00 | Cum: | 2.5510 | 62.50 |
| State-Term: | 2.6667 | 20.00 | Cum: | 2.5306 | 62.00 |
| Annual Days-Present: | 0 | | Absent: | 0 | |
| Summer Term Days-Present: | 0 | | Absent: | 0 | |

Not enrolled in a KG-12 program in the district at the end of the school year.

### COURSE INFORMATION

District: 55   School: 0231   First Coast Technical College
Year: 1993 - 1994   Grade Level: 11

| T | Course # | Course Title | Subj Area | Crs Flag | G R | A C | O N | Credit Att. | Credit Earn |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 8206110 | Bus Computer Ap 1 | VO | | C | | | 0.50 | 0.50 |
| 3 | 8206120 | Bus Computer Ap 2 | VO | | C | | | 0.50 | 0.50 |
| 3 | 8212010 | Word Proc Com Con | VO | | C | | | 0.50 | 0.50 |
| 3 | 8763010 | Commercial Foods 1 | VO | | C | | | 0.50 | 0.50 |
| 3 | 8763020 | Commercial Foods 2 | VO | | C | | | 0.50 | 0.50 |
| 3 | 8763030 | Commercial Foods 3 | VO | | C | | | 0.50 | 0.50 |
| | | | | | | | Credit: | 3.00 | 3.00 |

| | GPA | QTY PTS | | GPA | QTY PTS |
|---|---|---|---|---|---|
| District-Term: | 2.6667 | 20.00 | Cum: | 2.5510 | 62.50 |
| State-Term: | 2.6667 | 20.00 | Cum: | 2.5306 | 62.00 |
| Annual Days-Present: | 0 | | Absent: | 0 | |
| Summer Term Days-Present: | 0 | | Absent: | 0 | |

Not enrolled in a KG-12 program in the district at the end of the school year.

| | | | |
|---|---|---|---|
| To - District: 55 | St Johns County School District | School: 181 | |
| Grade Level: 12 | Prepared Date: 8/29/2016 | Current District: 55  ST. JOHNS | Page: 5 of 10 |
| FL Student ID: 232135543X  SSN: | | Current School: 0181  St. Augustine High School | |
| LEGAL NAME: Biggs, Peatina | | School Phone: (904) 547-8530 | |

### COURSE INFORMATION

District: 55  School: 0181  St. Augustine High School
Year: 1994 - 1995  Grade Level: 12

| T | Course # | Course Title | Subj Area | Crs Flag | G R | A C | O N | Credit Att./Earn | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 1503330 | Softball | EL | | C | | | 0.50 | 0.50 |
| 3 | 8500390 | Prncpls of Food Preparation | VO | | A | | | 0.50 | 0.50 |
| | | | | | | | Credit: | 1.00 | 1.00 |

### COURSE INFORMATION

District: 55  School: 0231  First Coast Technical College
Year: 1994 - 1995  Grade Level: 12

| T | Course # | Course Title | Subj Area | Crs Flag | G R | A C | O N | Credit Att./Earn | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 8106810 | Agscience Foundations 1 | VO | | B | | | 0.50 | 0.50 |
| 3 | 8121510 | Introduction to Horticulture | VO | | B | | | 0.50 | 0.50 |
| 3 | 8121520 | Hort Science & Services 3 | VO | | B | | | 0.50 | 0.50 |
| 3 | 8206110 | Bus Computer Ap 1 | VO | | B | | | 0.50 | 0.50 |
| 3 | 8206120 | Bus Computer Ap 2 | VO | | B | | | 0.50 | 0.50 |
| 3 | 8212010 | Word Proc Com Con | VO | | B | | | 0.50 | 0.50 |
| 3 | 8212020 | Word Proc Ap | VO | | B | | | 0.50 | 0.50 |
| | | | | | | | Credit: | 3.50 | 3.50 |

|  | GPA | QTY PTS | | GPA | QTY PTS |
|---|---|---|---|---|---|
| District-Term: | 2.7857 | 19.50 | Cum: | 2.6032 | 82.00 |
| State-Term: | 2.7857 | 19.50 | Cum: | 2.5873 | 81.50 |

Annual Days-Present: 0  Absent: 0
Summer Term Days-Present: 0  Absent: 0
Not enrolled in a KG-12 program in the district at the end of the school year.

|  | GPA | QTY PTS | | GPA | QTY PTS |
|---|---|---|---|---|---|
| District-Term: | 2.7857 | 19.50 | Cum: | 2.6032 | 82.00 |
| State-Term: | 2.7857 | 19.50 | Cum: | 2.5873 | 81.50 |

Annual Days-Present: 0  Absent: 0
Summer Term Days-Present: 0  Absent: 0
Not enrolled in a KG-12 program in the district at the end of the school year.

| | | | |
|---|---|---|---|
| To - District: 55    St Johns County School District | School: 181 | | |
| Grade Level: 12    Prepared Date: 8/29/2016 | Current District: 55    ST. JOHNS | | Page: 6 of 10 |
| FL Student ID: 232135543X    SSN: [redacted] | Current School: 0181    St. Augustine High School | | |
| LEGAL NAME:    Biggs, Peatina | School Phone:    (904) 547-8530 | | |

**Cumulative Summary**

Diploma Date: 6/12/1995
Type: Special Diploma (option one)

As of: 11/10/2015

Graduation Requirement Basis:

Graduation Option:    Special Diploma Option 2

| Diploma Categories | Required | Earned | Remaining |
|---|---|---|---|
| Exceptional Student | 6.50 | 6.50 | 0.00 |
| Career & Technical | 3.50 | 3.50 | 0.00 |
| Credit, Cumulative | 10.00 | 10.00 | 0.00 |

Community Service Hours:        Requirement Met:

Totals Include Vocation and Perform Fine Arts

| | GPA | QTY PTS | | GPA | QTY PTS |
|---|---|---|---|---|---|
| District: | 2.6032 | 82.00 | State: | 2.5873 | 81.50 |

Certified By:
Signature: *Rebecca S. Cosgrove / Records Analyst*
Date: August 29, 2016

| To - District: 55  St Johns County School District | School: 181 | | |
|---|---|---|---|
| Grade Level: 12  Prepared Date: 8/29/2016 | Current District: 55 | ST. JOHNS | Page: 7 of 10 |
| FL Student ID: 232135543X   SSN: ███████ | Current School: 0181 | St. Augustine High School | |
| LEGAL NAME:   Biggs, Peatina | | School Phone:   (904) 547-8530 | |

---------------------------------- DEFINITION OF TERM CODES ----------------------------------

| CODE DEFINITION | CODE DEFINITION | CODE DEFINITION | CODE DEFINITION | CODE DEFINITION |
|---|---|---|---|---|
| 1 SEMESTER 1 | T* INTERSESSION 1 | 6 QUARTER 1 | E QUINMESTER 1 | J SIX WEEKS 1 |
| 2 SEMESTER 2 | U* INTERSESSION 2 | 7 QUARTER 2 | F QUINMESTER 2 | K SIX WEEKS 2 |
| 3 ANNUAL | V* INTERSESSION 3 | 8 QUARTER 3 | G QUINMESTER 3 | L SIX WEEKS 3 |
| 4 SUMMER SESSION 1 | W* INTERSESSION 4 | 9 QUARTER 4 | H QUINMESTER 4 | M SIX WEEKS 4 |
| 5 SUMMER SESSION 2 | X* INTERSESSION 5 | B TRIMESTER 1 | I QUINMESTER 5 | N SIX WEEKS 5 |
| S COMBINED SUMMER SESSION | | C TRIMESTER 2 | | O SIX WEEKS 6 |
| | | D TRIMESTER 3 | | |

*NOTE: INTERSESSION CODES ARE USED (INSTEAD OF SUMMER SCHOOL SESSIONS) WITH YEAR-ROUND SCHOOL RECORDKEEPING

STATE GRADING SCALE FOR HIGH SCHOOL STUDENTS (REGARDLESS OF ENTRY DATE) EFFECTIVE SCHOOL YEAR 1997-1998

GRADING SCALE, EFFECTIVE 07/01/2001

| GRADE | GRADE EQUIVALENT | QUALITY POINTS | GRADE | GRADE EQUIVALENT | QUALITY POINTS | GRADE | GRADE EQUIVALENT | QUALITY POINTS |
|---|---|---|---|---|---|---|---|---|
| A = | 90 - 100 | 4.00 | B = | 80 - 89 | 3.00 | C = | 70 - 79 | 2.00 |
| D = | 60 - 69 | 1.00 | F = | 0 - 59 | 0.00 | | | |

GRADING SCALE, PRIOR TO 07/01/2000

| GRADE | GRADE EQUIVALENT | QUALITY POINTS | GRADE | GRADE EQUIVALENT | QUALITY POINTS | GRADE | GRADE EQUIVALENT | QUALITY POINTS |
|---|---|---|---|---|---|---|---|---|
| A = | 94 - 100 | 4.00 | B = | 85 - 93 | 3.00 | C = | 77 - 84 | 2.00 |
| D = | 70 - 76 | 1.00 | F = | 0 - 69 | 0.00 | | | |

*NOTE: FROM THE 1987-1988 THROUGH THE 1996-1997 SCHOOL YEARS, FOR STUDENTS ENTERING HIGH SCHOOL DURING THESE YEARS, THE GRADE EQUIVALENTS FOR C, D, AND F WERE: C = 75-84, D = 65-74, AND F = 64; QULAITY POINTS AND ALL OTHER GRADES WERE THE SAME AS THOSE SHOWN IN THE IMMEDIATELY PRECEDING STATE GRADING SCALE.

| | | |
|---|---|---|
| To - District: 55    St Johns County School District<br>Grade Level: 12    Prepared Date: 8/29/2016<br>FL Student ID: 232135543X    SSN: ▓▓▓▓▓ | School: 181<br>Current District: 55    ST. JOHNS<br>Current School: 0181    St. Augustine High School | Page: 8 of 10 |
| LEGAL NAME:    Biggs, Peatina | School Phone:    (904) 547-8530 | |

---------------------------------------- STATE DEFINED COURSE FLAGS ----------------------------------------

```
E=ACADEMIC SCHOLAR-ELECTIVE           R=ACADEMIC SCHOLAR-REQUIREMENT       9=NINTH GRADER
G=GIFTED                              H=HONORS                             N=NO CREDIT
I=INCLUDE IN GPA                      X=EXCLUDE FROM GPA                   W=EXCLUDE FROM STATE GPA
P=COURSE IS IN PROGRESS               S=CREDIT AWARDED BY SLEP EXAM        T=TRANSFERRED COURSE

VOCATIONAL SUBSTITUTION COURSES-                                           &=JROTC AIR FC SUB FOR LIFE MGMT
$=JOURNALISM SUB FOR PRAC ARTS        0=JROTC SUB FOR PRACTICAL ARTS       1=COMP ED SUB FOR PRACTICAL ARTS
2=SUB FOR BUS EN I 1001440            3=SUB FOR BUS EN I 1001440/II 1001450 4=SUB FOR MA I 1205540
5=SUB FOR MA I 1205380/II 1205390     6=SUB FOR GEN SCI 2002310            7=SUB FOR ANAT PHYSIO 2000350
8=SUB FOR PRE ALGEBRA 1200300         A=JROTC CST GD SUB FOR SCIENCE       F=JROTC AIR FORCE SUB FOR SCIENCE
K=JROTC NAVY SUB FOR SCIENCE          O=JROTC ARMY SUB FOR LIFE MGMT       Q=JROTC MARINE SUB FOR LIFE MGMT
@=SUB FOR BIO TECH 2000430            #=SUB FOR ENV SCI 2001340            %=SUB FOR PHY SCI 2003310

LEP INSTRUCTION-
M=HOME LANGUAGE INSTRUCTION           B=HOME LANGUAGE &/OR ESOL INSTRUCTION (ELEMENTARY SELF-CONTAINED )
D=ESOL INSTRUCTION
```

| To - District: 55 | St Johns County School District | School: 181 | | |
|---|---|---|---|---|
| Grade Level: 12 | Prepared Date: 8/29/2016 | Current District: 55 | ST. JOHNS | Page: 9 of 10 |
| FL Student ID: 232135543X   SSN: ▓▓▓▓ | | Current School: 0181 | St. Augustine High School | |
| LEGAL NAME: | Biggs, Peatina | | School Phone: (904) 547-8530 | |

Withdrawal Date:   6/2/1995         Code:   W07
Student Name, AKA:   Peatina

Home Language Survey Date:   05/09/1994        Country of Birth:   US - United States
Native Language:   EN - English - EN              Parent/Guardian Primary Home Language:   EN - English - EN
Health Examination, School Entry:
Screenings - Hearing:   ZZ                                    Vision:   ZZ

| To - District: 55 | St Johns County School District | School: 181 | | |
|---|---|---|---|---|
| Grade Level: 12 | Prepared Date: 8/29/2016 | Current District: 55 | ST. JOHNS | Page: 10 of 10 |
| FL Student ID: 232135543X SSN: [redacted] | | Current School: 0181 | St. Augustine High School | |
| LEGAL NAME: Biggs, Peatina | | School Phone: (904) 547-8530 | | |

### Test Information

| Grd | Test Dt | Test | Form | Lvl | Subj Cont | Type | Score | Type | Score | Subj Cont | Type | Score | Type | Score | Subj Cont | Type | Score | Type | Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 4/11/1994 | STA | 1 | 2 | Reading Total | NP | 7.00 | RS | 10.00 | Read Vocab | NP | 7.00 | RS | 25.00 | Science | NP | 3.00 | RS | 10.00 |
| | | | | | Spelling | NP | 3.00 | RS | 9.00 | Study Skills | NP | 9.00 | RS | 10.00 | Total Battery | NP | 5.00 | RS | 26.00 |
| | | | | | Read Compreh | NP | 6.00 | RS | 14.00 | Read Compre | NP | 4.00 | RS | 16.00 | Math Total | NP | 1.00 | RS | 4.00 |
| | | | | | Listening Tot | NP | 7.00 | RS | 82.00 | Word/Phonic/Ana | NP | 7.00 | RS | 62.00 | English | NP | 4.00 | RS | 13.00 |
| | | | | | Basic Battery | NP | 6.00 | RS | 12.00 | | | | | | | | | | |
| 10 | 4/21/1993 | STA | 1 | 2 | Reading Total | NP | 3.00 | RS | 30.00 | Read Vocab | NP | 7.00 | RS | 13.00 | Science | NP | 5.00 | RS | 12.00 |
| | | | | | Social Studies | NP | 5.00 | RS | 14.00 | Spelling | NP | 9.00 | RS | 14.00 | Study Skills | NP | 9.00 | RS | 12.00 |
| | | | | | Thinking Skills | NP | 23.00 | RS | 41.00 | Total Battery | NP | 3.00 | RS | 111.00 | Using Info | NP | 8.00 | RS | 22.00 |
| | | | | | Read Compre | NP | 3.00 | RS | 17.00 | Math Total | NP | 5.00 | RS | 9.00 | Math Applic | NP | 28.00 | RS | 5.00 |
| | | | | | Basic Battery | NP | 4.00 | RS | 85.00 | Language Total | NP | 26.00 | RS | 20.00 | | | | | |
| 08 | 4/10/1991 | STA | 1 | 2 | Reading Total | NP | 7.00 | RS | 25.00 | Read Vocab | NP | 1.00 | RS | 9.00 | Science | NP | 3.00 | RS | 13.00 |
| | | | | | Social Studies | NP | 7.00 | RS | 15.00 | Spelling | NP | 4.00 | RS | 13.00 | Study Skills | NP | 7.00 | RS | 7.00 |
| | | | | | Thinking Skills | NP | 7.00 | RS | 28.00 | Total Battery | NP | 1.00 | RS | 127.00 | Using Info | NP | 1.00 | RS | 13.00 |
| | | | | | Read Compre | NP | 5.00 | RS | 16.00 | Math Total | NP | 5.00 | RS | 29.00 | Math Concepts | NP | 25.00 | RS | 10.00 |
| | | | | | Math Comput | NP | 8.00 | RS | 11.00 | Math Applic | NP | 4.00 | RS | 8.00 | Listening Tot | NP | 1.00 | RS | 9.00 |
| | | | | | Lang Mechanics | NP | 7.00 | RS | 6.00 | Lang Expression | NP | 23.00 | RS | 10.00 | Basic Battery | NP | 1.00 | RS | 99.00 |
| | | | | | Language Total | NP | 3.00 | RS | 16.00 | | | | | | | | | | |
| 06 | 3/29/1990 | STA | 1 | 2 | Reading Total | NP | 1.00 | RS | 14.00 | Read Vocab | NP | 25.00 | RS | 21.00 | Science | NP | 4.00 | RS | 35.00 |
| | | | | | Social Studies | NP | 1.00 | RS | 24.00 | Spelling | NP | 9.00 | RS | 23.00 | Study Skills | NP | 9.00 | RS | 15.00 |
| | | | | | Thinking Skills | NP | 7.00 | RS | 129.00 | Using Info | NP | 4.00 | RS | 34.00 | Read Compre | NP | 1.00 | RS | 10.00 |
| | | | | | Math Total | NP | 1.00 | RS | 14.00 | Math Concepts | NP | 8.00 | RS | 17.00 | Math Comput | NP | 7.00 | RS | 19.00 |
| | | | | | Math Applic | NP | 8.00 | RS | 12.00 | Listening Tot | NP | 5.00 | RS | 36.00 | Lang Mechanics | NP | 7.00 | RS | 11.00 |
| | | | | | Lang Expression | NP | 31.00 | RS | 29.00 | Basic Battery | NP | 7.00 | RS | 181.00 | Language Total | NP | 3.00 | RS | 11.00 |

**STUDENT NAME:**
Legal: Biggs, Peatinna Joeaile
Other: _____

**SEX:** F

**RACIAL/ETHNIC GROUP:**
☐ American Indian/Native Alaskan
☐ Asian/Pacific Islander
☐ Black, Not Hispanic
☑ White, Not Hispanic
☐ Hispanic

**STUDENT NUMBER:** 5500005535
**PHONE NUMBER:** (optional) 5__-36__
**SS#:** [redacted]

**BIRTHDATE:** [redacted]
Verified by Birth Certificate: ☑ Yes
If Not, What Type Verification?

**ADDRESS:** Rt 1 - Box 87-2, Elkton, FL

**NAME OF PARENT(S) OR LEGAL GUARDIAN OR OTHER RESPONSIBLE ADULT AT HOME:**
P ☑  G ☐  OA ☑

**BIRTHPLACE:** West Virginia, Greenbrier County

**CURRENT SCHOOL:**
Name: W___ Elem.
Street: ___
City: ___

Date First Entered This District: Aug ___

**FORM FGR-1 — FLORIDA PERMANENT RECORD CARD — REVISED 1977**
**CATEGORY A - Education Records**
**GRADES K-8** — ESE 386 March 1977

| School | Evelyn Hamblen | Evelyn Hamblen | Webster | Webster | Webster |
|---|---|---|---|---|---|
| Grade | K | K | K | K-EMH | EMH-1 |
| School Year | 1980-1981 | 1981-1982 | 1982-1983 | 1983-1984 | 1984-1985 |
| Days Present | 27 | 157 | 167 | 168 | 174 |
| Days Absent | 6 | 23 | 13 | 12 | 6 |
| Subject / Teacher / Mark | General — Harris | General — Parker — RETAIN | Lang Arts N / Math S | Reading S / Math S / Language S / Social Studies S / Health S | Math S / Language Arts I / Reading I / Soc. Studies S / Science/Health S |
| | Retained | Retained to K | EMH L. Lott — Promoted to 1st EMH | Promoted to EMH-2 McLaughlin |

| School | Webster | Webster | Webster | Webster | K.M.S. |
|---|---|---|---|---|---|
| Grade | EMH 2 | EMH 3 | EMH-4? | 5 | 6 |
| School Year | 1985-1986 | 1986-1987 | 1987-1988 | 1988-1989 | 1989-1990 |
| Days Present | 168 | 174 | 178 | 177 | 188 |
| Days Absent | 12 | 6 | 2 | 3 | 12 |
| Math | McLaugh. S | M. Tuttle S | Reading B | Math C | |
| Lang. Arts | S | Lang Arts Tuttle S | Math C | Lang. B | |
| Reading | S | Reading Tuttle S | Language B | Reading B | |
| Soc. St. | S | Soc. St. S | Spelling S | Soc. St. B | |
| Science/Health | S | Sc./Health S | Science/Health B | Science B | |
| | | | Social Studies B | Health B | |
| | Promoted to EMH3 M. Laughl. | Promoted to EMH 4 N. Tuttle | Promoted to EMH-5 D. Williams | Spelling / Promoted | |

```
C 5500005535  06F 89/90 091
B BIGGS                  P J
O OM/J EXP   WH0600000  S  .0
A OM/J PHYS  E1501000   A  .0
O EX   ST LANG 7810010  A  .0
U EX   ST READ 7810020  B  .0
C EX   ST MATH 7812010  A  .0
O EX   ST SCI  7820010  B  .0
A EX   ST SOC  7821010  A  .0

A ABS:EX   0 UN   0 TRD  0
  CUR CR  .0 TOT CR    .0
 (PROMOT)   7th RETAIN____
```

**FLORIDA CUMULATIVE GUIDANCE RECORD — GRADES 1-1:**





# SCHOOL DISTRICT OF ST. JOHNS COUNTY — STUDENT GRADE REPORT

ST. AUGUSTINE HIGH SCHOOL
9068293471

PERIOD ENDING 06/03/96

FOR BIGGS, PEATINNA
STUDENT NO. 5500005535
GRADE 11

| COURSE NUMBER | SECTION | PERIOD | COURSE TITLE | TEACHER | 1st | 2nd | EXAM | 1st SEM | 3rd | 4th | EXAM | 2nd SEM | CURRENT CREDIT EARNED | ABS | TDY | CONDUCT/EFFORT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8743010 | 001 | 01-01 | COMMERCIAL FOODS 1 | ACHATZ | D | C | | C | B | D | | C | .5 | | | |
| 8206110 | 001 | 01-01 | BUS COMPUTER AP 1 | KENNEDY | B | B | B | C | C | C | B | C | .5 | 1 | | |
| 7912350 | 201 | 02-02 | ESE-BSSK MATH | LAWRENCE | D | C | | C | | | | | 1.0 | | | |
| 8703020 | 001 | 03-03 | COMMERCIAL FOODS 2 | ACHATZ | | | | | | | | | .5 | | | |
| 8206120 | 003 | 03-03 | BUS COMPUTER AP 2 | KENNEDY | A | B | A | A | B | D | B | B | .5 | | | |
| 7910310 | 002 | 04-04 | ESE-FUNC LANG II | STROMAN | | | | C | B | B | | B | 1.0 | 1 | | |
| 8763030 | 005 | 05-05 | COMMERCIAL FOODS 3 | SINOW | | | | | | | | | .5 | | | |
| 3212010 | 005 | 05-05 | WORD PROC COM CON | KENNEDY | A | A | B | A | B | D | | C | .5 | | | |
| 0101330 | 001 | 06-06 | ART/3-D COMP I | SCHWERM | | | | | | | | | .5 | | | |
| 8500310 | 006 | 06-06 | CHILD DEVEL | OSBURN | | | | | | | F | | .5 | 1 | | |
| 8500320 | 001 | 07-07 | PERSONAL CLOTHING | HODGES | B | A | D | B | B | B | C | B | .5 | 2 | | |
| 8200320 | 006 | 07-07 | PRAC KEY SKILLS | DELANY | | | | | | | | | | | | |

TOTAL CREDITS EARNED 7.0

NOTE: FLA LAW REQUIRES A 1.5 GRADE AVERAGE FOR GRADUATION FROM HIGH SCHOOL. ABSENCES RECORDED ARE FOR 4TH 9 WEEKS ONLY.

KEY TO GRADES
A 94 - 100
B 86 - 93
C 75 - 84
D 65 - 74
F 0 - 64
I INCOMPLETE
O OUTSTANDING
S SATISFACTORY
N NEEDS IMPROVEMENT
U UNSATISFACTORY

CURR SEMESTER GPA
WT'ED UNWT'ED
2.2857  2.2857

PEATINNA BIGGS
KNAGGS, PEGGY
PO BOX 860023
ST. AUGUSTINE, FL 32086

PARENTS SIGNATURE _____

55
MIB-03
REVISED 4/91

# SCHOOL DISTRICT OF ST. JOHNS COUNTY

**ST. AUGUSTINE HIGH SCHOOL**
9048293671

**STUDENT GRADE REPORT**

**PERIOD ENDING** 06/02/95

**FOR** BIGGS, PEATINA
**STUDENT NO.** 5500005535
**GRADE** 12  **HMRM.**

| COURSE NUMBER | SECTION | PERIOD | COURSE TITLE | TEACHER | 1st | 2nd | EXAM | 1st SEM | 3rd | 4th | EXAM | 2nd SEM | CURRENT CREDIT EARNED | ABS TDY | CONDUCT/EFFORT | FINAL GRADE IF APPLICABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7912330 | 201 002 | 01-01 | FUNC CONSUM MATH | LAWRENCE, B. | C | B | B | B | B | C | C | C | 1.0 | 7  4 | | |
| 1503330 | 001 | 02-02 | SOFTBALL | STEVENS | B | C | D | C | | | | | .5 | | | |
| 8500390 | 006 | 02-02 | PRINC FOOD PREP | KEY, D. | | | | | A | A | | A | .5 | 2 | | |
| 7921350 | 201 001 | 03-03 | FUNC AM HISTRY | LAWRENCE, B. | C | C | B | C | B | C | C | C | 1.0 | 7 | | |
| 8106810 | 004 | 04-04 | AGSCIENCE FOUND | LAMBERT JR | C | B | | B | | | | | .5 | | | |
| 8206110 | 006 | 04-04 | BUS COMPUTER AP 1 | KENNEDY | | | | | B | B | | B | .5 | | | |
| 8121220 | 005 | 05-05 | NURSERY OPERATIONS 2 | LAMBERT JR | | B | | B | | | | | .5 | | | |
| 8206120 | 005 | 05-05 | BUS COMPUTER AP 2 | KENNEDY | | | | | B | B | | B | .5 | | | |
| 8121510 | 006 | 06-06 | INTRO HORT | LAMBERT JR | B | B | | B | | | | | .5 | | | |
| 8212010 | 006 | 06-06 | WORD PROC COM CON | KENNEDY | | | | | B | B | | B | .5 | | | |
| 8121520 | 007 | 07-07 | HORT SCIENCE | LAMBERT JR | B | B | | B | | | | | .5 | | | |
| 8212020 | 007 | 07-07 | WORD PROC AP | KENNEDY | | | | | B | B | | B | .5 | | | |

TOTAL CREDITS EARNED  7.0

NOTE: FLA LAW REQUIRES A 1.5 GRADE AVERAGE FOR GRADUATION FROM HIGH SCHOOL.
P=SEMESTER CREDIT WITHHELD DUE TO EXCESSIVE ABSENCES

**KEY TO GRADES**
A 94 - 100
B 85 - 93
C 75 - 84
D 65 - 74
F 0 - 64
I INCOMPLETE
O OUTSTANDING
S SATISFACTORY
N NEEDS IMPROVEMENT
U UNSATISFACTORY

CURR SEMESTER GPA
WT°ED   UNWT°ED
2.8571  2.8571

66
MIS-03
REVISED 4/91   PARENTS SIGNATURE _____

PEATINA BIGGS

KNAGGS, PEGGY
PO BOX 860023
ST AUGUSTINE   FL 32086

**FLORIDA CERTIFICATE OF IMMUNIZATION (HRS 680 — PART A)**
(Florida Statutes 232.032)

HRS — DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES

CHILD'S NAME: Biggs, Peatina
DATE OF BIRTH: [redacted] MO DA YR
PARENT OR GUARDIAN: Biggs, Peggy

DOCTOR: PART A OF THIS FORM IS USED ONLY IF THE CHILD HAS RECEIVED ALL REQUIRED IMMUNIZATIONS LISTED BELOW. IF NOT, SEE REVERSE SIDE.

DTP — 5 DOSES REQUIRED
#1 03 7 76  #2 04 7 76  #3 09 7 76  #4 08 03 78  #5 03 17 83

IF THE FOURTH PRIMARY DOSE OF DTP IS ADMINISTERED ON OR AFTER THE FOURTH BIRTHDAY, A FIFTH DOSE IS NOT REQUIRED.
DT (PEDIATRIC) VACCINE IS ACCEPTABLE IF PERTUSSIS VACCINE IS MEDICALLY CONTRAINDICATED. (COMPLETE PART C FOR PERTUSSIS CONTRAINDICATION.)
Td (ADULT) VACCINE (A SERIES OF 3 DOSES) IS ACCEPTABLE AND RECOMMENDED FOR CHILDREN 7 YEARS OF AGE OR OLDER.

POLIO (TOPV) — 4 DOSES REQUIRED
#1 03 7 76  #2 04 7 76  #3 09 7 76  #4 08 03 78   09-23-87

IF THE THIRD PRIMARY DOSE OF TOPV IS ADMINISTERED ON OR AFTER THE FOURTH BIRTHDAY, A FOURTH DOSE IS NOT REQUIRED.
POLIO VACCINE IS OMITTED FROM THE REQUIRED IMMUNIZATIONS OF CHILDREN 18 YEARS OF AGE OR OLDER.

MEASLES, MUMPS, AND RUBELLA — 1 DOSE REQUIRED

MMR COMBINED — 1 DOSE AT 12 MONTHS OF AGE OR OLDER AND IN 1968 OR LATER (RECOMMENDED AT 15 MONTHS)   04 29 77

— OR —

MEASLES SINGLE — 1 DOSE AT 12 MONTHS OF AGE OR OLDER AND IN 1968 OR LATER (RECOMMENDED AT 15 MONTHS)

MUMPS SINGLE — 1 DOSE AT 12 MONTHS OF AGE OR OLDER

RUBELLA SINGLE — 1 DOSE AT 12 MONTHS OF AGE OR OLDER

ALL APPROPRIATE DOSES AND DATES INCLUDING BIRTHDATE MUST BE ENTERED, AND THE CERTIFICATE SIGNED BELOW BY A PHYSICIAN OR AUTHORIZED PERSON AND DATED IN ORDER FOR THE CHILD TO ATTEND SCHOOL.

I HAVE REVIEWED THE RECORDS AVAILABLE AND TO THE BEST OF MY KNOWLEDGE THE ABOVE NAMED CHILD HAS BEEN ADEQUATELY IMMUNIZED AGAINST DIPHTHERIA, TETANUS, PERTUSSIS, POLIO, MEASLES, MUMPS, AND RUBELLA AS REQUIRED BY FLORIDA LAW FOR SCHOOL ATTENDANCE.

PHYSICIAN OR CLINIC NAME (PLEASE PRINT): ST. JOHNS COUNTY HEALTH DEPT.
PHYSICIAN OR AUTHORIZED SIGNATURE: M. Connelly
DATE: 09-23-87



State of West Virginia,    County of Greenbrier, ss:

# Birth Certificate

(In the Clerk's Office of the County Commission of Greenbrier County)

I, EUGENE V. SPENCE, Clerk of the County Commission in the County and State aforesaid, it being an office of record, and having a seal, do hereby certify that the records in my office show that:

Peatinna Joeaile Biggs

was born in Greenbrier County and State of West Virginia, on the ▇▇▇▇▇▇

Father's name   Timothy Lynn Biggs

Mother's name   Peggy Sue French

Sex  Female   Color  White   recorded in Birth Book No.  1975   at page  "B"

In Testimony whereof, I have hereunto affixed my signature and official seal at Lewisburg, West Virginia, this  17th  day of  November , 19 78 .

_____, Clerk.

By _____, Deputy Clerk.

Dayton Legal Blank Co.—G-5308