# E·C·S·D·D
### EASTERN COLORADO SERVICES
for the Developmentally Disabled, Inc.

617 South 10th Avenue • P.O. Box 1682 • Sterling, Colorado 80751-1682

Phone: (970)522-7121 • Fax: (970)522-117

**Rhonda Roth**
Executive Director

November 16, 2018

Honorable Judge Wiley Y. Daniels
District Court of Colorado
901 19th Street
Denver, CO 80294-3589

Subject: Peatinna Biggs 18cv2076(WYD) (SKC)
RE: Community Centered Board

Your Honor;

I am a case manager with Eastern Colorado Services for the Developmentally Disabled (ECSDD). ECSDD is a Community Centered Board (CCB) for ten of the North East Counties of Colorado.

I am in receipt of Peatinna's records of education, mental health records and her recently completed psychological evaluation to determine her Full Scale IQ and her adaptive Functioning assessment for General Adaptive Composite Score (GAC).

I will be presenting Peatinna's case to the eligibility committee to determine her eligibility for ECSDD services. This meeting will take place on November 27, 2018.

Respectfully submitted,

Carla Pierce
Case Manager/ECSDD
Phone: 970-526-3623 x 306
Fax: 970-521-7151
cpierce@ecsdd.org