# E·C·S·D·D
### EASTERN COLORADO SERVICES
for the Developmentally Disabled, Inc.

617 South 10th Avenue • P.O. Box 1682 • Sterling, Colorado 80751-1682
Phone: (970)522-7121 • Fax: (970)522-1173

**Rhonda Roth**
Executive Director

November 28, 2018

Peatinna Briggs
c/o Kaitlin F. Nares
Fisher & Byrialsen PLLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237

RE: Peatinna Briggs
DOB: ▮▮▮▮▮

## DETERMINATION OF DEVELOPMENTAL DISABILITY

Dear Peatinna,

Your request for Determination of Developmental Disability has been reviewed by the Eastern Colorado Services (ECS) Community Centered Board (CCB). You were determined to meet the criteria for developmental disability and therefore may be eligible for services funded by the Division for Intellectual/Developmental Disabilities (DIDD).

Determination of developmental disability does not guarantee that Wavier services are available at this time. Services are provided based on availability of funding and on the order of placement on the waitlists. Your official determination/order date is November 27, 2018.

Currently at this time, the State of Colorado **does not** have a waitlist for individuals who want to receive services through the Medicaid Supported Living Services (SLS) waiver. Individuals who wish to receive services through the Medicaid Comprehensive DD services (DD) waiver will be placed on the state DD waitlist.

Case Management Services will be provided as a result of this determination. Within the next 30 days your case manager will be in contact with you to discuss your needs, the different services you will be eligible for, in order to develop an Individual Plan (IP).

If you have any questions about the determination of developmental disability, please contact your case manager.

Cordially,

Carla Pierce
Case manager/ECSDD
970-526-3623 x 306
Fax: 970-521-7151
cpierce@ecsdd.org