IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18cv2076 (DDD)

HOLLIS
WHITSON,

      Plaintiff,

v.

FORMER SHERIFF THOMAS HANNA,
in his individual and official capacity,

      Defendant.

_____

**UNOPPOSED MOTION THAT ENTRY OF JUDGMENT NOT BE
ENTERED UNTIL AFTER OCTOBER 14, 2022**
_____

      Plaintiff Hollis Whitson, through undersigned counsel, hereby respectfully files this motion requesting that neither this Court nor the Clerk shall enter final judgment in this matter until after October 14, 2022. In support of this motion Plaintiff states as follows:

      1. On October 4, 2022 a jury returned a verdict in favor of Plaintiff on all of her claims.

      2. To date, final judgment has not yet been entered in this matter.

3. The Court previously entered an order granted a motion to dismiss in favor of Defendant, Sedgwick County.[1] (Dkt. 89).

4. The Court's previous order dismissing Defendant Sedgwick County was not a final judgment.

5. Under FRCP 54(b), when an action presents more than one claim for relief and multiple parties are involved, "the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay. Otherwise, any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties **does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities**." (FRCP 54(b))(emphasis added).

6. Because final judgment has not yet been entered in this matter, Plaintiff is still entitled to seek reconsideration of any of the Court's prior rulings in this matter.

7. Plaintiff has conducted preliminary research indicating that the Court's prior Order dismissing her Official Capacity (*Monell*) claim is inconsistent with the law and/or the facts of the case.

---

[1] In essence, this refers to Plaintiff's *Monell* Claim. *See Monell v. Department of Soc. Servs.*, 436 U.S. 658, 690-91 (1978).

2

8. Accordingly, Plaintiff respectfully requests that this Court delay entry of final judgment until after October 14, 2022 so that Plaintiff has sufficient time to file a motion for reconsideration of the Court's Order dismissing plaintiff's *Monell* Claim.

9. Plaintiff has conferred with the Defendant, Thomas Hanna, through his counsel, and the **Defendant does <u>not</u> oppose the relief sought in this motion**.

WHEREFORE, Plaintiff respectfully requests that, neither this Court nor the Clerk, shall enter final judgment in this matter until after October 14, 2022.

Respectfully submitted this 7th day of October, 2022.

                                **FISHER & BYRIALSEN, P.L.L.C.**
                                <u>/s/*David Fisher*,</u>
                                David Fisher, Esq.
                                4600 S. Syracuse Street, 9th Floor
                                Denver, Colorado 80237
                                T: 303-256-6345
                                David@FBLaw.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was electronically filed on October 7, 2022 using the CM/ECF system, email or regular mail, as indicated below and served on the following:

Matthew Buck (via email matt@red.law)

Hollis Whitson (via email hollis.whitson@gmail.com)

And all other parties which will be notified via ECF.

                                **FISHER & BYRIALSEN, P.L.L.C.**
/s/*David Fisher,*
David Fisher, Esq.
4600 S. Syracuse Street, 9th Floor
Denver, Colorado 80237
T: 303-256-6345
David@FBLaw.org

4