IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02076-DDD-SKC

HOLLIS ANN WHITSON, as guardian ad litem for Peatinna Biggs

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SEDGWICK,
SHERIFF CARLTON BRITTON,
THOMAS HANNA, former Sheriff, in his official and individual capacities and
LARRY NEUGEBAUER, in their individual and official capacity,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed April 17, 2020, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, The Board of County Commissioners of the County of Sedgwick; Sheriff Carlton Britton; and Larry Neugebauer, and against Plaintiff, Hollis Ann Whitson, as guardian ad litem for Peatinna Biggs, on Defendants' motions to dismiss.

THIS MATTER came before the Court and a jury of seven duly sworn to try the matter on October 3, 2022 the Honorable Daniel D. Domenico, United States District Judge, presiding. On October 4, 2022, the jury returned its verdict in favor of Plaintiff.

IT IS HEREBY

ORDERED that judgment is hereby entered in favor of Plaintiff, Hollis Ann Whitson, as guardian ad litem for Peatinna Biggs, and against Defendant, Thomas Hanna, former Sheriff, in his official and individual capacities, on Plaintiff's claims of excessive force, cruel and unusual punishment, and false imprisonment in the total amount of $3,250,000.00 in compensatory damages. It is further

ORDERED that judgment is hereby entered in favor of Plaintiff, Hollis Ann Whitson, as guardian ad litem for Peatinna Biggs, and against Defendant, Thomas Hanna, former Sheriff, in his official and individual capacities, on Plaintiff's claims of excessive force, cruel and unusual punishment, and false imprisonment in the total amount of $5,000,000.00 in punitive damages. It is further

ORDERED that post-judgment interest shall accrue on the total amount of $8,250,000.00 at the legal rate pursuant to 28 U.S.C. §1961 from the date of entry of judgment. It is further

ORDERED that Plaintiff shall have her costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment.

DATED at Denver, Colorado this <u>13th</u> day of October, 2022.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk

APPROVED AS TO FORM:

_____
Daniel D. Domenico,
United States District Judge