# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-002076-DDD-MEH

HOLLIS ANN WHITSON, as guardian ad litem for Peatinna Biggs

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SEDGWICK,
SHERIFF CARLTON BRITTON,
FORMER SHERIFF THOMAS HANNA, and
LARRY NEUGEBAUER,
in their individual and official capacity,

    Defendants.

## JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT

Defendants, **SEDGWICK COUNTY SHERIFF'S OFFICE** and **THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SEDGWICK** (collectively the "entity Defendants"), by their attorneys, **SGR, LLC**, and Plaintiff, **HOLLIS ANN WHITSON** (as guardian ad litem for Peatinna Biggs), by her attorneys, **FISHER & BYRIALSEN, PLLC**, hereby submit this Joint Motion to Extend Deadline to File Joint Status Report, and state as follows:

### REQUESTED RELIEF

1.    Pursuant to ECF Nos. 181 and 182, by November 15, 2024, the parties are to file a joint status report discussing how they think this case should move forward.

2. The parties disagree over next steps and believe the various issues, including (in part) whether a second trial is permitted, will require significant briefing and discussion.

3. The parties are participating in a Settlement Conference with Judge Hegarty on November 18, 2024, which could resolve this case and moot the need for such briefing.

4. Thus, in the interest of efficiency and economy, the parties respectfully request an additional 14 days to submit their Joint Status Report.

5. There have been no prior extensions of this deadline, and no parties will be prejudiced by this short extension of time.

6. Undersigned counsel verify that a copy of this Motion was served on their clients at the time of filing.

7. Pursuant to the foregoing representations, this motion complies with the requirements of D.C.COLO.LCivR 6.1(b) and (c).

**WHEREFORE**, the parties request an additional 14 days to submit their Joint Status Report, through November 29, 2024.

.

Respectfully submitted,

*s/ Eric M. Ziporin*
**Eric M. Ziporin**
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO  80210
Telephone: (303) 320-0509
eziporin@sgrllc.com

*s/ Jonathan N. Eddy*
**Jonathan N. Eddy**
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO  80210
Telephone: (303) 320-0509
jeddy@sgrllc.com
*Attorneys for the entity Defendants*

/*s/ Jane Byrialsen*
**Jane Byrialsen**
Fisher & Byrialsen, PLLC
4600 S. Syracuse St., 9th Floor
Denver, CO 80237
Phone: (303)256-6345
jane@fblaw.org
*Attorney for Plaintiff*

\*\*\* This Motion complies with the Court's Civil Practice Standards.

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on this 15th day of November, 2024, I electronically filed a true and correct copy of the above and foregoing **JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jane Fisher-Byrialsen
David N. Fisher
jane@fblaw.org
david@fblaw.org
*Attorneys for Plaintiff*

Matthew Buck
matt@red.law
*Attorney for Defendant Hanna*

                                          /s/ Jessica Starks
                                          Legal Secretary