## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-002076-DDD-MEH

HOLLIS ANN WHITSON, as guardian ad litem for Peatinna Biggs

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SEDGWICK,
SHERIFF CARLTON BRITTON,
FORMER SHERIFF THOMAS HANNA, and
LARRY NEUGEBAUER,
in their individual and official capacity,

    Defendants.

## NOTICE OF SETTLEMENT

The parties, through their respective undersigned counsel, hereby give notice that this case has been resolved in full. The parties will be working collaboratively to prepare the final dismissal paperwork, which will be filed within 45 days hereof.

Respectfully submitted this 29th day of November, 2024.

*s/ Jonathan N. Eddy*
**Jonathan N. Eddy**
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO  80210
Telephone: (303) 320-0509
jeddy@sgrllc.com
*Attorney for the Entity Defendants*

/s/ *Jane Byrialsen*
**Jane Byrialsen**
Fisher & Byrialsen, PLLC
4600 S. Syracuse St., 9th Floor
Denver, CO 80237
Phone: (303)256-6345
jane@fblaw.org
*Attorney for Plaintiff*

\*\*\* This Motion complies with the Court's Civil Practice Standards.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November, 2024, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jane Fisher-Byrialsen
David N. Fisher
jane@fblaw.org
david@fblaw.org
*Attorneys for Plaintiff*

Matthew Buck
matt@red.law
*Attorney for Defendant Hanna*

/s/ Jonathan N. Eddy

2