# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Chief Magistrate Judge Michael E. Hegarty

DATE: December 2, 2024

RE: *Whitson v. Hanna*, 18-cv-02076-DDD-MEH

    \_\_\_\_    A settlement conference was held on this date, and although no settlement has been reached, the Court is continuing to work with the Parties.

    **X**    A settlement conference was held on November 18, 2024, the Court then engaged the Parties in additional settlement discussions or negotiations, including emails and phone calls, and the case is resolved.

Settlement discussion, preparation and travel time involved: **7 hours**.

\_\_\_ A written record was made   **X**   A written record was not made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\_\_\_\_ Since the last Minute Entry for Settlement in this case, the Court has engaged the Parties in settlement discussions or negotiations in the above-captioned case, including emails and phone calls, and a settlement has been reached as to:

    \_\_\_\_ All claims in this action.

Negotiation time involved: \_\_\_ hours \_\_\_ minutes.